IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCO J. AZUCENA,

    Plaintiff,

No. C 12-06033 JSW

v.

LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY,

    Defendant.

                                       /

**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

By order dated February 21, 2013, this Court set the case management conference for March 29, 2013, and required personal appearances. On Friday, March 29, 2013, this Court held the initial case management conference in this matter. Plaintiff, appearing *pro se*, did not attend.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to prosecute. Plaintiff's response to this Order to Show Cause shall be filed no later than April 12, 2013. Failure to file a timely response shall result in dismissal of this matter.

**IT IS SO ORDERED.**

Dated: April 1, 2013

                                                  JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO J AZUCENA,<br><br>   Plaintiff,<br><br>   v.<br><br>LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY et al,<br><br>   Defendant.<br>_____ / | Case Number: CV12-06033 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marco J. Azucena
9616 D Street
Oakland, CA 94603

Dated: April 1, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2