**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO J. AZUCENA, | |
| Plaintiff, | No. C 12-06033 JSW |
| v. | |
| LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY, | **ORDER DISCHARGING ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND REQUIRING PROPOSED SCHEDULE SUBMISSION** |
| Defendant. | |

By order dated February 21, 2013, this Court set the case management conference for March 29, 2013, and required personal appearances. On Friday, March 29, 2013, this Court held the initial case management conference in this matter. Plaintiff, appearing *pro se*, did not attend. On April 1, 2013, this Court issued an order to show cause in writing as to why this case should not be dismissed for failure to prosecute and a civil minute order requiring the parties to submit a proposed schedule by April 8, 2013.

On April 9, 2013, the Court received a response to the order to show cause. Accordingly, it is discharged. However, the parties have still failed to submit a mutually-agreeable proposed schedule as required by the Court in its civil minute order. The parties shall submit a proposed schedule by no later than May 17, 2013.

**IT IS SO ORDERED.**

Dated: May 1, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO J AZUCENA,<br><br>       Plaintiff,<br><br>   v.<br><br>LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY et al,<br><br>       Defendant.<br>_____ / | Case Number: CV12-06033 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marco J. Azucena
9616 D Street
Oakland, CA 94603

Dated: May 1, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2