MICHAEL T. LUCEY (SBN: 099927)
LINDA M. MORONEY (SBN: 172668)
HIEU TRAN (SBN: 280585)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE
OF ALAMEDA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO J. AZUCENA,<br><br>           Plaintiff,<br><br>vs.<br><br>LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY,<br><br>           Defendant. | CASE NO. C12-6033 JSW<br><br>**PARTIES' JOINT PROPOSED CASE SCHEDULE PER CIVIL MINUTE ORDER** AND ORDER THEREON<br><br>[Jury Trial Demand]<br><br>Complaint Filed: November 28, 2012 |

Defendant LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY and Plaintiff MARCO J. AZUCENA hereby submit the following Joint Proposed Case Schedule per Judge White's civil minute order dated May 1, 2013.

1. **Proposed Discovery Schedule:**

    a.  Initial Disclosures

        Defendant served Initial Disclosures to Plaintiff on February 20, 2013.

        Plaintiff served Initial Disclosures to Defendant on March 25, 2013.

    b.  Proposed Discovery Cut-Off: Monday, January 13, 2014.

2. Court Ordered Deadline to Complete Private Mediation: June 27, 2013.

3. Proposed Deadline to ~~file~~ hear Dispositive Motions: Monday, February ~~10~~ 7, 2014. at 9:00 a.m.

4. Proposed Pre-Trial Conference: Monday, ~~April X, 2014~~ June 2, 2014 at 2:00 p.m.

-1-

5. Proposed Deadline to Exchange List of Trial Exhibits and Witnesses: The parties will exchange their exhibit and witness lists ~~at least 30 days before trial or by April 7, 2014~~ pursuant to Court's Standing Order timeline.

6. **Proposed Trial Date:** The parties are unable to agree on a trial date. Defendant requests an earlier trial date of Monday, May 5, 2014.

Plaintiff requests a later trial date of Monday July 15, 2014, and to delay all of the above dates according to a later trial date because he remains unable to obtain legal counsel.

Jury selection - June 18, 2014 at 8:00 a.m.

Jury trial - June 23, 2014 at 8:00 a.m.

Dated: May 17, 2013　　　　　　　　　　GORDON & REES LLP

By: /S/
MICHAEL T. LUCEY
LINDA M. MORONEY
HIEU TRAN
Attorney for Defendant
LATINO COMMISSION ON ALCOHOL AND
DRUG ABUSE OF ALAMEDA COUNTY

Dated: May 17, 2013　　　　　　　　　　By: /S/
MARCO J. AZUCENA
Plaintiff appearing Pro Se

Dated: May 17, 2013

IT IS SO ORDERED AS MODIFIED
Judge Jeffrey S. White