

MICHAEL T. LUCEY (SBN 099927)
LINDA M. MORONEY (SBN 172668)
HIEU TRAN (SBN 280585)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
LATINO COMMISSION ON
ALCOHOL AND DRUG ABUSE
OF ALAMEDA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO J. AZUCENA,

Plaintiff,

vs.

LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY,

Defendant.

CASE NO. C12-6033 JSW

**STIPULATED JOINT REQUEST FOR CONTINUANCE OF ADR DEADLINE AND [~~PROPOSED~~] ORDER THEREON**

Complaint filed November 28, 2012
Trial Date: June 23, 2014

Defendant LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY and PLAINTIFF MARCO J. AZUCENA (hereinafter collectively "the Parties") respectfully request a continuance of the June 27, 2013 ADR deadline as follows:

WHEREAS the Court issued a Minute Order on March 29, 2013, requiring the parties to complete private mediation by June 27, 2013;

WHEREAS Plaintiff has not yet retained legal counsel for mediation and is in the process of doing so;

WHEREAS the Parties require additional time to continue informal discussions about settlement, conduct further investigation/discovery and, meaningfully evaluate the case for settlement;



Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

The parties respectfully request a 60-day continuance of the ADR deadline to August 30, 2013.

Dated: June 25, 2013

GORDON & REES LLP

By: Hieu Tran
Attorneys for Defendant
LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY

Dated: June 25, 2013

By: Marco J. Azucena
Pro Se Plaintiff

**[PROPOSED] ORDER**

Pursuant to Defendant LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY and Plaintiff MARCO J. AZUCENA'S stipulated request for continuance of the June 27, 2013 ADR deadline, the Court hereby continues the ADR deadline to August 30, 2013.

**IT IS SO ORDERED.**

Dated: June 27, 2013

JUDGE JEFFREY S. WHITE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111