MICHAEL T. LUCEY (SBN 099927)
LINDA M. MORONEY (SBN 172668)
HIEU TRAN (SBN 280585)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
LATINO COMMISSION ON
ALCOHOL AND DRUG ABUSE
OF ALAMEDA COUNTY

WILLIAM C. McNEILL, III (SBN 64392)
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104

Telephone: 415.864.8848 x 212
Facsimile: 415-593-0096

Attorney for Plaintiff Limited to
Settlement Purposes Only
MARCO J. AZUCENA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO J. AZUCENA, <br><br> Plaintiff, <br><br> vs. <br><br> LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY, <br><br> Defendant. | CASE NO. C12-6033 JSW <br><br> **STIPULATED JOINT REQUEST FOR CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO DISMISS (FRCP 12(B)) AND FOR JUDGEMENT ON THE PLEADINGS AND CONTINUANCE OF ADR DEADLINE WITH [PROPOSED] ORDER THEREON** <br><br> Date: August 9, 2013 <br> Time: 9:00 a.m. <br> Courtroom: 11 <br> Trial Date: June 23, 2014 <br><br> [Jury Trial Demand] <br><br> Complaint Filed: November 28, 2012 |

- 1 -

STIPULATED JOINT REQUEST FOR CONTINUANCE OF HEARING AND ADR DEADLINE
AND [PROPOSED] ORDER THEREON

Defendant LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY and PLAINTIFF MARCO J. AZUCENA (hereinafter collectively "the Parties") respectfully request a continuance of the August 9, 2013 hearing on Defendant's Motion to Dismiss and for Judgment on the Pleadings (the "Motion") as follows:

WHEREAS the Court granted a continuance for the parties to complete ADR by August 30, 2013;

WHEREAS Plaintiff has retained legal counsel for the limited purpose of settlement negotiations/ mediation;

WHEREAS the Parties have scheduled private mediation for September 10, 2013;

WHEREAS the Parties believe that all disputed claims may potentially be resolved at the September 10, 2013 mediation;

The parties respectfully request a 30-day continuance of the ADR deadline to September 30, 2013;

The parties respectfully request to continue the hearing on Defendant's Motion to Dismiss and for Judgment on the Pleadings from August 9, 2013 to November 8, 2013, or the first available hearing date after the scheduled mediation on September 10, 2013.

Dated: July 23, 2013                     GORDON & REES LLP

                                         By:   /S/
                                         Hieu Tran
                                         Attorneys for Defendant
                                         LATINO COMMISSION ON
                                         ALCOHOL AND DRUG ABUSE OF
                                         ALAMEDA COUNTY

Dated: July 23, 2013                     By:   /S/
                                         William C. McNeill III
                                         Attorney for Plaintiff Limited to
                                         Settlement Purposes Only
                                         MARCO J. AZUCENA

STIPULATED JOINT REQUEST FOR CONTINUANCE OF HEARING AND ADR DEADLINE AND [PROPOSED] ORDER THEREON

[PROPOSED] ORDER

Pursuant to Defendant LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY and Plaintiff MARCO J. AZUCENA'S stipulated request for continuance of the August 30, 2013 ADR deadline, the Court hereby continues the ADR deadline to September 30, 2013.

Pursuant to Defendant LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY and Plaintiff MARCO J. AZUCENA'S stipulated request for continuance of the August 9, 2013 hearing on Defendant's Motion to Dismiss and for Judgment on the Pleadings, the Court hereby continues the hearing to November 8, 2013, at 9:00 a.m. ~~or the first available hearing date after the scheduled mediation on September 10, 2013~~.

**IT IS SO ORDERED.**

Dated: July 24, 2013

_____
JUDGE JEFFREY S. WHITE