UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO J. AZUCENA<br><br>Plaintiff,<br><br>vs.<br><br>LATINO COMMISSION ON ALCOHOL AND DRUG ABUSE OF ALAMEDA COUNTY<br>Defendant. | Case Number: C 12-6033-JSW<br><br>PLAINTIFF MARCO J. AZUCENA'S REQUEST FOR DISMISSAL OF ACTION AND ORDER THEREON<br><br>Complaint filed: 11/28/2012 |

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff herein, Marco J. Azucena, hereby requests that this action be dismissed with prejudice because the parties reached a settlement in this action at the mediation session held before Harris E. Weinberg, Esq. on September 10, 2013.

Respectfully submitted,

Dated: September 19, 2013

MARCO J. AZUCENA

ORDER

Pursuant to Plaintiff's Request for Dismissal of Action, and for good cause established therein, this Action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated September 24, 2013

JEFFREY S. WHITE
United States District Court Judge

PLAINTIFF'S REQUEST FOR DISMISSAL                 Case No. C-12-6033 JSW
Page 1 of 3